# United States Court of Appeals

*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 04, 2019

Mr. John Michael Pellettieri
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
Room 1264
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

RE:  19-3576  Daniel Lee v. United States

Dear Counsel:

A motion for permission to file a successive habeas has been filed and assigned the caption and case number shown above.  A copy of the motion is attached.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Please contact this office if you have any questions.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc:     Ms. Amy Gershenfeld Donnella
        Mr. Michael S. Gordon
        Mr. George Gust Kouros
        Mr. Daniel Lewis Lee

        District Court/Agency Case Number(s):

**Caption For Case Number:   19-3576**

Daniel Lewis Lee

       Petitioner

v.

United States of America

       Respondent

**Addresses For Case Participants:   19-3576**

Mr. John Michael Pellettieri
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
Room 1264
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Ms. Amy Gershenfeld Donnella
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
301-344-0600
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. Michael S. Gordon
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802