19-3576  Daniel Lee v. United States

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 12/04/2019

**Case Name:**    Daniel Lee v. United States
**Case Number:**  19-3576

**Docket Text:**
DOCUMENT FILED - Appendix to Motion for Leave for Authorization to File a Successive Habeas Petition filed by Mr. Daniel Lewis Lee w/service 12/05/2019. [4858509] [19-3576]

**The following document(s) are associated with this transaction:**
Document Description:  Appendix to SHC Motion

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802

**Notice will be electronically mailed to:**

Ms. Amy Gershenfeld Donnella: Amy_Donnella@fd.org, amyzoegd@aol.com,susan_hart@fd.org,tina_decandia@fd.org
Mr. Michael S. Gordon: Michael.Gordon@usdoj.gov, sonya.jeffords2@usdoj.gov
Mr. George Gust Kouros: George_Kouros@fd.org
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov