# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3576

Daniel Lewis Lee

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition

_____

## ORDER

Before COLLOTON, KELLY and ERICKSON, Circuit Judges.

The government is directed to file a response to Lee's motion for authorization to file a successive motion under 28 U.S.C. § 2255 by 12:00 noon on Saturday, December 7, 2019.

Judge Colloton dissents and would allow the ordinary ten-day response period under Federal Rule of Appellate Procedure 27(a)(3)(A).

December 05, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans