# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3576

Daniel Lewis Lee

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition
_____

### ORDER

Petitioner's motion for leave to file a reply to the government's response in opposition to

the motion for permission to file a successive habeas petition is granted.


December 12, 2019


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans