# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

January 07, 2020

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD 20770

        RE: 19-3576 Daniel Lee v. United States

Dear Counsel:

        Enclosed is a dispositive order entered today at the direction of the court.

        Pursuant to Section 106 of the Antiterrorism and Effective Death Penalty Act of 1996, the grant or denial of an authorization by a court of appeals to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari.

                                Michael E. Gans
                                Clerk of Court

CRJ

Enclosure(s)

cc:     Ms. Amy Gershenfeld Donnella
        Mr. Michael S. Gordon
        Mr. Daniel Lewis Lee
        Mr. Jim McCormack
        Mr. John Michael Pellettieri

        District Court/Agency Case Number(s):