# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3576

Daniel Lewis Lee

Petitioner

v.

United States of America

Respondent

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock

---

## MANDATE

In accordance with the judgment of 01/07/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 07, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit